# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL-ADAM BORSOTTI, | Case No. CV 16-7603 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JAY BRAY, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to the federal claims, and dismissed without prejudice as to the remaining state-law claims.

Dated this 31st day of May, 2017.

/s/
Fernando M. Olguin
United States District Judge